No. 491. BENGUET CONSOLIDATED MINING Co. *v.* PERKINS ET AL. January 3, 1944. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. W. H. Lawrence, Alfred Sutro,* and *Francis R. Kirkham* for petitioner. *Messrs. Theodore J. Roche, Hiram W. Johnson, James Farraher,* and *Theodore H. Roche* for respondents.

No. 511. BECKHAM, CLERK, U. S. DISTRICT COURT, *v.* BROWN, PRICE ADMINISTRATOR. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Oldham Clarke* for petitioner. *Solicitor General Fahy* for respondent.

No. 470. BYERS ET UX. *v.* WARD ET AL. January 3, 1944. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Robert Burrow* for petitioners.

No. 496. MILLER *v.* UNITED STATES. January 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Jessie William Miller, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl,* and *Miss Beatrice Rosenberg* for the United States.

No. 498. DOBRY *v.* OLSON, WARDEN. January 3, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *James Dobry, pro se.*